RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/27/11
CB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| BANC ONE CAPITAL BIDCO, ET AL | CICVIL ACTION 10-1288 |
|---|---|
| VERSUS | JUDGE HAIK |
| GENESIS OFFSHORE, LLC., ET AL | MAGISTRATE JUDGE HANNA |

### RULING

A Hearing to Recognize Preferred Fleet Mortgages and Rank Liens (Doc. #54) was held before the undersigned on April 26, 2011. After full consideration of the arguments and briefs presented by counsel, the Court holds that the Banc One liens on the Miss Venus shall rank ahead of all others, with the exception of the conceded portion of the Amended Second Preferred Fleet Mortgage. The lien asserted by Conrad Shipyard, LLC shall rank ahead of that portion of the monies owed to the plaintiff.

THUS DONE and SIGNED on this 27th day of April, 2011.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA